**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     Francie Willis v. BPMT, LLC

Appellate case number:   01-14-00537-CV

Trial court case number: 2010-49638

Trial court:             164th District Court of Harris County

Appellant Francie Willis filed a motion in this Court challenging the trial court's March 30, 2015 ruling on the amount of security necessary to suspend enforcement of the trial court's judgment. *See* TEX. R. APP. P. 24.4.

Appellant's motion is DENIED.

It is so ORDERED.


Judge's signature: /s/ <u>Michael Massengale</u>
               ☒ Acting individually     ☐ Acting for the Court


Date: May 28, 2015